In the Matter of the Application of AMALGAMATED PAPER Co., INC., Appellant, for a Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of AMALGAMATED PAPER Co., INC., for a Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES HIGGINS, Appellant, v. FIRST NATIONAL BANK OF THE CITY OF NEW YORK and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LILLIE DAIRY Co., INC., Respondent, v. CHARLES E. DEPPELER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

YETTA SCHULMAN, Respondent, v. JOB E. HEDGES, as Receiver, etc., Defendant, Impleaded with JOSEPH TINO & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

MORITZ SCHULMAN, Respondent, v. JOB E. HEDGES, as Receiver, etc., Defendant, Impleaded with JOSEPH TINO & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

JAMES CAGNONE, Respondent, v. RICHMOND-NEW YORK STEAMSHIP COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FULLERTON TRUCKING COMPANY, INC., Respondent, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant, Impleaded, etc.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PAULINE BRICKMAN, Appellant, v. MARIA CLEOFE PECORARO, Respondent.— Order modified by striking out the two last directory paragraphs thereof, relating to the cancellation and discharge of the *lis pendens*, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ATLANTIC NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. LOUIS L. SCHWARTZ and Another, Appellants.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

YVONNE DE FRAYSSEIX DE LA MONTANYA, Respondent, v. THE SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.; O'Malley, J., dissents.

CHARLES GUTKIN, Appellant, Respondent, v. HOWARD & HINCKLEY, INC., and Another, Defendants, Impleaded with FRANCIS Y. ROUSE and Another, Respond-